IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:19-CV-00486-D

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) ESTATE OF BRENDA ARMSTRONG, ) BRENDA ESTELLE ARMSTRONG ) REVOCABLE TRUST and WELLS ) FARGO BANK, NATIONAL ) ASSOCIATION, *in its capacity as* ) *trustee*, BRENDA ESTELLE ) ARMSTRONG IRREVOCABLE ) TRUST and WELLS FARGO BANK, ) NATIONAL ASSOCIATION, *in its* ) *capacity as trustee*, INGRID RAHMAN, ) *as executor of the Estate and* ) *individually*, BRADLEE ARMSTRONG, ) BENJAMIN ARMSTRONG, ) DEVONTE ARMSTRONG, BEVERLY ) NORMAN, FRED J. WILLIAMS, W. ) THURBUR ARMSTRONG, JR., ) DURHAM STRIDERS YOUTH ) ASSOCIATION, INC., JANE DOE and ) JOHN DOE, ) ) Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS** (Fed.R.Civ.P. Rule 5.2) |

      THIS CAUSE being heard by the Honorable United States District Judge James C. Dever III on Plaintiff Unum Life Insurance Company of America's motion to seal attachment/exhibit #4 (University Physician Trust Enrollment Card) and #8 (Certificate of Death) to Plaintiff's Complaint pursuant to Fed.R.Civ.P. 5.2 for privacy protection of decent Brenda Estelle Armstrong, M.D.

AND IT APPEARING TO THE COURT that the motion is well-founded and should be allowed;

IT IS, THEREFORE, ORDERED that attachment/exhibit #4 (University Physician Trust Enrollment Card) and #8 (Certificate of Death) to Plaintiff's Complaint are hereby sealed pursuant to Fed.R.Civ.P. 5.2 for privacy protection.

This the 16 day of November, 2019.

JAMES C. DEVER III
United States District Judge