IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-486-D

UNUM LIFE INSURANCE COMPANY, )
)
                    Plaintiff, )
)
v. )      **ORDER**
)
ESTATE OF BRENDA ARMSTRONG, et al., )
)
                    Defendants. )

On March 6, 2020, defendant Wells Fargo Bank National Association ("Wells Fargo") moved for judgment on the pleadings [D.E. 32]. Wells Fargo contends that it had no interest in the funds at issue. Plaintiff did not object to Wells Fargo's motion, and no party filed anything in opposition. The court has reviewed the record. For good cause, the court GRANTS Wells Fargo's motion [D.E. 32] and DISMISSES WITH PREJUDICE all claims against Wells Fargo.

SO ORDERED. This 29 day of April 2020.

                                                        JAMES C. DEVER III
                                                        United States District Judge