UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) ESTATE OF BRENDA ARMSTRONG, ) WELLS FARGO, N.A., BRENDA ESTELLE ) ARMSTRONG REVOCABLE TRUST, ) BRENDA ESTELLE ARMSTRONG ) IRREVOCABLE TRUST, INGRID RAHMAN, ) BRADLEE ARMSTRONG, BENJAMIN ) ARMSTRONG, DEVONTE ARMSTRONG, ) BEVERLY NORMAN, FRED J. WILLIAMS, ) W. THURBUR ARMSTRONG, DURHAM ) STRIDERS YOUTH ASSOCIATION, INC., ) JANE DOE, JANE DOE, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:19-CV-486-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on April 29, 2020 the court GRANTED Wells Fargo's motion [D.E. 32] and DISMISSED WITH PREJUDICE all claims against Wells Fargo.

IT IS FURTHER ORDERED AND DECREED that the Estate of Brenda Armstrong's and Ingrid Rahman's, as executor of the Estate and individually, Motion for Judgment on the Pleadings is GRANTED and that the funds deposited with the Clerk of Court by Plaintiff Unum Life Insurance Company of American on or about May 11, 2020 be disbursed to the Estate of Brenda Armstrong.

**This Judgment Filed and Entered on November 5, 2020, and Copies To:**

| | |
|---|---|
| Philip Todd Gray | (via CM/ECF electronic notification) |
| Dieter Mauch | (via CM/ECF electronic notification) |
| James M. Tatum, Jr. | (via CM/ECF electronic notification) |
| Emma C. Merritt | (via CM/ECF electronic notification) |

Nash E. Long, III                                           (via CM/ECF electronic notification)

DATE:                                                       PETER A. MOORE, JR., CLERK
November 5, 2020                                                  (By) /s/ Nicole Sellers
                                                                  Deputy Clerk